# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: KUSAY, LOUIS, JR. | § Case No. 09-21292 |
| KUSAY, ANN MARIE | § |
| | § |
| Debtor(s) HORTON, ANN MARIE | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 11, 2009. The undersigned trustee was appointed on June 12, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554  An individual estate property record and report showing the disposition of all property of the estate is attached as  **Exhibit A.**

4. The trustee realized the gross receipts of        $       162,010.32

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 130,722.67 |
| Administrative expenses | 14,013.50 |
| Bank service fees | 25.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1] | $       17,249.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B**  is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/25/2010 and the deadline for filing governmental claims was 12/08/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $11,350.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,000.00, for a total compensation of $7,000.00.[^1] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[^2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/01/2011 _____    By:/s/MICHAEL G. BERLAND _____
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[^2]: If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
### Asset Cases

Case Number: 09-21292
Case Name:   KUSAY, LOUIS, JR.
             KUSAY, ANN MARIE
Period Ending: 11/01/11

Trustee:        (520196)   MICHAEL G. BERLAND
Filed (f) or Converted (c):  06/11/09 (f)
§341(a) Meeting Date:   08/03/09
Claims Bar Date:    03/25/10

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 300 Ashley, New Lenox-scheduled | 360,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 9 Northwood Court, Putnam, Illinois-scheduled | 190,000.00 | 162,000.00 | | 162,000.00 | FA |
| 3 | 901 First Avenue, Ottawa, Illinois-scheduled | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 1751 Guion Street, Ottawa, Illinois-scheduled | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Lot 13, Manhattan, Illinois-scheduled | 42,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | First Midwest Bank-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Chase Bank checking-scheduled | 51.00 | 0.00 | DA | 0.00 | FA |
| 8 | Old Second Bank-scheduled | 60.00 | 0.00 | DA | 0.00 | FA |
| 9 | Custodial accounts for minor children-scheduled | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Household goods, new Lenox-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Household goods, Putnam-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12 | Wearing apparel, New Lenox-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | Furs & Jewelry-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | Fishing gear-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 15 | Term life-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | Universal life policy-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 17 | SEP IRA | 40.00 | 0.00 | DA | 0.00 | FA |
| 18 | SEP IRA | 5.00 | 0.00 | DA | 0.00 | FA |
| 19 | Kusay Real Estate Inc-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 20 | JR Kusay Insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 21 | JMJ Marketing-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 22 | Real estate broker license-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 23 | Real estate borker license-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 24 | Insurance sales agent license-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 25 | 2005 Toyota Avalon-scheduled | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2006 Mercury Mountainer-scheduled | 27,000.00 | 0.00 | DA | 0.00 | FA |
| 27 | 1999 Dodge Durango-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

**Case Number:** 09-21292
**Case Name:** KUSAY, LOUIS, JR.
KUSAY, ANN MARIE
**Period Ending:** 11/01/11

**Trustee:**    (520196)   MICHAEL G. BERLAND
**Filed (f) or Converted (c):** 06/11/09 (f)
**§341(a) Meeting Date:** 08/03/09
**Claims Bar Date:** 03/25/10

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 1999 Ford Winstar-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 29 | 2005 Lund Fisherman-scheduled | 17,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 10.32 | Unknown |
| 30 | **Assets**      **Totals (Excluding unknown values)** | **$888,356.00** | **$162,000.00** | | **$162,010.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee sold  real estate through a broker. The Trustee hired an accountant and tax rreturns have been filed

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**     December 31, 2013

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

Case Number:  09-21292

Case Name:  KUSAY, LOUIS, JR.
            KUSAY, ANN MARIE

Taxpayer ID #:  **-***0327

Period Ending:  11/01/11

Trustee:  MICHAEL G. BERLAND (520196)

Bank Name:  JPMORGAN CHASE BANK, N.A.

Account:  ***-*****28-65 - Money Market Account

Blanket Bond:  $5,000,000.00  (per case limit)

Separate Bond:  N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/08/09 | | Ticor Title Insurance Company | Net proceeds from sale of 9 Northwood Court, Putnam, Illinois | | | 17,763.83 | | 17,763.83 |
| | {2} | | | 162,000.00 | 1110-000 | | | 17,763.83 |
| | | | Earnest Money-Applied to real estate commission | -5,000.00 | 3510-000 | | | 17,763.83 |
| | | | Payment of first mortgage balance | -130,722.67 | 4110-000 | | | 17,763.83 |
| | | | Remainder of amount due for real estate commission | -3,100.00 | 3510-000 | | | 17,763.83 |
| | | | Taxes due for 2009 | -3,443.00 | 2820-000 | | | 17,763.83 |
| | | | Title charges | -774.00 | 2500-000 | | | 17,763.83 |
| | | | Settlement-Closing Fee by Title Company | -350.00 | 2500-000 | | | 17,763.83 |
| | | | Delivery fee for payoff of mortgage | -30.00 | 2500-000 | | | 17,763.83 |
| | | | County tax stamps | -81.00 | 2820-000 | | | 17,763.83 |
| | | | State tax stamps | -162.00 | 2820-000 | | | 17,763.83 |
| | | | Payment to surveyor | -500.00 | 2500-000 | | | 17,763.83 |
| | | | Payment for termite inspection | -65.00 | 2500-000 | | | 17,763.83 |
| | | | Payment to Lake Thunderbird Association for past due payment | -5.50 | 2500-000 | | | 17,763.83 |
| | | | Payment of title insurance registration fee | -3.00 | 2500-000 | | | 17,763.83 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.45 | | 17,764.28 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.74 | | 17,765.02 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.70 | | 17,765.72 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.67 | | 17,766.39 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | | 1270-000 | 0.79 | | 17,767.18 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | | 1270-000 | 0.12 | | 17,767.30 |
| 04/06/10 | | Wire out to BNYM account 9200******2865 | Wire out to BNYM account 9200******2865 | | 9999-000 | -17,767.30 | | 0.00 |

|  |  | Subtotals : | $0.00 | $0.00 |
|---|---|---|---|---|

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-21292 | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** KUSAY, LOUIS, JR. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| KUSAY, ANN MARIE | **Account:** ***-*****28-65 - Money Market Account |
| **Taxpayer ID #:** **-***0327 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/01/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -17,767.30 | 0.00 | |
| | | | **Subtotal** | | 17,767.30 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $17,767.30 | $0.00 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 09-21292 | |
| Case Name: | KUSAY, LOUIS, JR. | |
| | KUSAY, ANN MARIE | |
| Taxpayer ID #: | **-***0327 | |
| Period Ending: | 11/01/11 | |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****28-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-21292 | **Trustee:** MICHAEL G. BERLAND (520196) |
| **Case Name:** KUSAY, LOUIS, JR. | **Bank Name:** The Bank of New York Mellon |
| KUSAY, ANN MARIE | **Account:** 9200-*******28-65 - Money Market Account |
| **Taxpayer ID #:** **-***0327 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/01/11 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>(Ref #) /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******2865 | Wire in from JPMorgan Chase Bank, N.A. account *******2865 | 9999-000 | 17,767.30 | | 17,767.30 |
| 04/08/10 | 11001 | Gloria Longest | Payment of accountant for preparation of tax returns per court roder | 3410-000 | | 500.00 | 17,267.30 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.83 | | 17,268.13 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.03 | | 17,269.16 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.99 | | 17,270.15 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.03 | | 17,271.18 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.02 | | 17,272.20 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,272.34 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,272.48 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,272.62 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,272.76 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,272.90 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 17,273.03 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,273.17 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,273.31 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,273.45 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,273.59 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,273.73 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,273.87 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 40.23 | 17,233.64 |
| 09/07/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -15.23 | 17,248.87 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,249.01 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 17,249.15 |

| | | | | |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | | 17,774.15 | 525.00 | **$17,249.15** |
| Less: Bank Transfers | | | 17,767.30 | 0.00 | |
| **Subtotal** | | | 6.85 | 525.00 | |
| Less: Payments to Debtors | | | | 0.00 | |
| **NET Receipts / Disbursements** | | | **$6.85** | **$525.00** | |

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 09-21292 | |
| **Case Name:** | KUSAY, LOUIS, JR. | |
| | KUSAY, ANN MARIE | |
| **Taxpayer ID #:** | **-***0327 | |
| **Period Ending:** | 11/01/11 | |

| | |
|---|---|
| **Trustee:** | MICHAEL G. BERLAND (520196) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******28-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 17,774.15 |
| Plus Gross Adjustments : | 144,236.17 |
| Net Estate : | $162,010.32 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-***.**28-65 | 17,767.30 | 0.00 | 0.00 |
| Checking # ***-***.***28-66 | 0.00 | 0.00 | 0.00 |
| MMA # 9200-******28-65 | 6.85 | 525.00 | 17,249.15 |
| Checking # 9200-******28-66 | 0.00 | 0.00 | 0.00 |
| | **$17,774.15** | **$525.00** | **$17,249.15** |

{} Asset reference(s)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-21292
Case Name: KUSAY, LOUIS, JR.
Trustee Name: MICHAEL G. BERLAND

| | | |
|---|---|---|
| **Balance on hand:** | $ | 17,249.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 17,249.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 7,000.00 | 0.00 | 7,000.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 7,000.00 |
| Remaining balance: | $ | 10,249.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 10,249.15 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,455.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Internal Revenue Service Centrlaized Insolvency Operations | 16,455.00 | 0.00 | 10,248.87 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 10,248.87 |
| Remaining balance: | $ | 0.28 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $196,810.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR TARGET | 5,146.18 | 0.00 | 0.00 |
| 3 | DISCOVER BANK, DFSS SERVICES LLC | 996.77 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 1,535.65 | 0.00 | 0.00 |
| 6 | Chase Bank USA, N.A. | 367.78 | 0.00 | 0.00 |
| 7 | PYOD LLC assignee of CITIBANK C/O RESURGENT CAPITAL SERVICE | 24,185.79 | 0.00 | 0.00 |
| 8 | PYOD LLC ias assignee of Citibank c/o Resurgent Capital | 31,537.63 | 0.00 | 0.00 |
| 9 | PYOD LLC as assignee of Citibank c/o Resurgent Capital | 5,988.59 | 0.00 | 0.00 |
| 10 | Chase Bank USA,N.A c/o Creditors Bankrutpy Service | 1,552.04 | 0.00 | 0.00 |
| 11 | Fia Card Services, /Bank of America American infsource Agent | 25,499.77 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $   0.00

Remaining balance:   $   0.28

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------:|-------------------------:|-----------------:|
| | None | | | |

Total to be paid for tardy general unsecured claims:   $   0.00

Remaining balance:   $   0.28

UST Form 101-7-TFR (05/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.28