UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KUSAY, LOUIS, JR. | § | Case No. 09-21292 |
| KUSAY, ANN MARIE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____ . The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/MICHAEL G. BERLAND _____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY LLC |  |  |  |  |  |
| 4 | HOMESTAR BANK |  |  |  |  |  |
|  | Payment of first mortgage balance |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| Delivery fee for payoff of mortgage | | | | | |
| Payment for termite inspection | | | | | |
| Payment of title insurance registra | | | | | |
| Payment to Lake Thunderbird Associa | | | | | |
| Payment to surveyor | | | | | |
| Settlement-Closing Fee by Title Com | | | | | |
| Title charges | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| County tax stamps | | | | | |
| State tax stamps | | | | | |
| Taxes due for 2009 | | | | | |
| Gloria Longest | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Earnest Money-Applied to real estat | | | | | |
| Remainder of amount due for real es | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operation P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| 12 | INTERNAL REVENUE SERVICE CENTRLAIZE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affiliated Accep Crp Attn: Customer Service Po Box 790001 Sunrise Beach, MO 65079 | | | | | |
| | Affiliated Accep Crp Attn: Customer Service Po Box 790001 Sunrise Beach, MO 65079 | | | | | |
| | Allied Anesthesia Associates, PC 185 Penny Ave Dundee, IL 60118-1454 | | | | | |
| | Barclays Bank Delaware Attn: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Beneficial/hfc Pob 1547 Chesapeake, VA 23327 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | First Midwest Bank/na 300 N Hunt Club Rd Gurnee, IL 60031 | | | | | |
| | Healthcare Recovery Specialists,LLC PO Box 1219 Park Ridge, IL 60068-7219 | | | | | |
| | Heartland Cardiovascular Center,LLC 1300 Copperfield, Suite 3030 Joliet, IL 60432 | | | | | |
| | Kohls Attn: Recovery Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Mary Ellen Connolly 17041 Mead Lockport, IL 60441 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | | | | | |
| | Southwest Cardiovascular 39055 Treasury Center Box 39055 Chicago, IL 60694 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 | | | | | |
| | Victoria's Secret Po Box 182273 Columbus, OH 43218 | | | | | |
| | Wf Fin Bank Po Box 182273 Columbus, OH 43218 | | | | | |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 5 | CHASE BANK USA, N.A. | | | | | |
| 6 | CHASE BANK USA, N.A. | | | | | |
| 10 | CHASE BANK USA,N.A C/O CREDITORS BA | | | | | |
| 3 | DISCOVER BANK, DFSS SERVICES LLC | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

Case 09-21292    Doc 56    Filed 03/13/12    Entered 03/13/12 12:36:30    Desc Main
              Document      Page 9 of 9

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | FIA CARD SERVICES, /BANK OF AMERICA | | | | | |
| 9 | PYOD LLC AS ASSIGNEE OF CITIBANK C/ | | | | | |
| 7 | PYOD LLC ASSIGNEE OF CITIBANK C/O R | | | | | |
| 8 | PYOD LLC IAS ASSIGNEE OF CITIBANK C | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |