UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KUSAY, LOUIS, JR. | § | Case No. 09-21292 |
| KUSAY, ANN MARIE | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:


Total Expenses of Administration:

---

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT COMPANY LLC | | | | | |
| 4 | HOMESTAR BANK | | | | | |
| | Payment of first mortgage balance | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| Delivery fee for payoff of mortgage | | | | | |
| Payment for termite inspection | | | | | |
| Payment of title insurance registra | | | | | |
| Payment to Lake Thunderbird Associa | | | | | |
| Payment to surveyor | | | | | |
| Settlement-Closing Fee by Title Com | | | | | |
| Title charges | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| County tax stamps | | | | | |
| State tax stamps | | | | | |
| Taxes due for 2009 | | | | | |
| Gloria Longest | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Earnest Money-Applied to real estat | | | | | |
| Remainder of amount due for real es | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operation P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| 12 | INTERNAL REVENUE SERVICE CENTRLAIZE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affiliated Accep Crp Attn: Customer Service Po Box 790001 Sunrise Beach, MO 65079 | | | | | |
| | Affiliated Accep Crp Attn: Customer Service Po Box 790001 Sunrise Beach, MO 65079 | | | | | |
| | Allied Anesthesia Associates, PC 185 Penny Ave Dundee, IL 60118-1454 | | | | | |
| | Barclays Bank Delaware Attn: Customer Support Department Po Box 8833 Wilmington, DE 19899 | | | | | |
| | Beneficial/hfc Pob 1547 Chesapeake, VA 23327 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibank Usa Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | First Midwest Bank/na 300 N Hunt Club Rd Gurnee, IL 60031 | | | | | |
| | Healthcare Recovery Specialists,LLC PO Box 1219 Park Ridge, IL 60068-7219 | | | | | |
| | Heartland Cardiovascular Center,LLC 1300 Copperfield, Suite 3030 Joliet, IL 60432 | | | | | |
| | Kohls Attn: Recovery Po Box 3120 Milwaukee, WI 53201 | | | | | |
| | Mary Ellen Connolly 17041 Mead Lockport, IL 60441 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 |  |  |  |  |  |
|  | Southwest Cardiovascular 39055 Treasury Center Box 39055 Chicago, IL 60694 |  |  |  |  |  |
|  | Tnb-visa Po Box 9475 Minneapolis, MN 55440 |  |  |  |  |  |
|  | Us Bank/na Nd Attn: Bankruptcy Dept Po Box 5229 Cincinnati, OH 45201 |  |  |  |  |  |
|  | Victoria's Secret Po Box 182273 Columbus, OH 43218 |  |  |  |  |  |
|  | Wf Fin Bank Po Box 182273 Columbus, OH 43218 |  |  |  |  |  |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 5 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 6 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 10 | CHASE BANK USA,N.A C/O CREDITORS BA |  |  |  |  |  |
| 3 | DISCOVER BANK, DFSS SERVICES LLC |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | FIA CARD SERVICES, /BANK OF AMERICA | | | | | |
| 9 | PYOD LLC AS ASSIGNEE OF CITIBANK C/ | | | | | |
| 7 | PYOD LLC ASSIGNEE OF CITIBANK C/O R | | | | | |
| 8 | PYOD LLC IAS ASSIGNEE OF CITIBANK C | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-21292 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | KUSAY, LOUIS, JR. | | | Date Filed (f) or Converted (c): | 06/11/09 (f) |
| | KUSAY, ANN MARIE | | | 341(a) Meeting Date: | 08/03/09 |
| For Period Ending: | 03/14/12 | | | Claims Bar Date: | 03/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 300 Ashley, New Lenox-scheduled | 360,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 9 Northwood Court, Putnam, Illinois-scheduled | 190,000.00 | 162,000.00 | | 162,000.00 | FA |
| 3. 901 First Avenue, Ottawa, Illinois-scheduled | 110,000.00 | 0.00 | DA | 0.00 | FA |
| 4. 1751 Guion Street, Ottawa, Illinois-scheduled | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Lot 13, Manhattan, Illinois-scheduled | 42,500.00 | 0.00 | DA | 0.00 | FA |
| 6. First Midwest Bank-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. Chase Bank checking-scheduled | 51.00 | 0.00 | DA | 0.00 | FA |
| 8. Old Second Bank-scheduled | 60.00 | 0.00 | DA | 0.00 | FA |
| 9. Custodial accounts for minor children-scheduled | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 10. Household goods, new Lenox-scheduled | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 11. Household goods, Putnam-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. Wearing apparel, New Lenox-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13. Furs & Jewelry-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 14. Fishing gear-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 15. Term life-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. Universal life policy-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. SEP IRA | 40.00 | 0.00 | DA | 0.00 | FA |
| 18. SEP IRA | 5.00 | 0.00 | DA | 0.00 | FA |
| 19. Kusay Real Estate Inc-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 20. JR Kusay Insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. JMJ Marketing-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 22. Real estate broker license-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 23. Real estate borker license-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 24. Insurance sales agent license-scheduled | Unknown | 0.00 | DA | 0.00 | FA |
| 25. 2005 Toyota Avalon-scheduled | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 26. 2006 Mercury Mountainer-scheduled | 27,000.00 | 0.00 | DA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 09-21292 BL Judge: Bruce W. Black | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | KUSAY, LOUIS, JR. | | Date Filed (f) or Converted (c): | 06/11/09 (f) |
| | KUSAY, ANN MARIE | | 341(a) Meeting Date: | 08/03/09 |
| | | | Claims Bar Date: | 03/25/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 27. 1999 Dodge Durango-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 28. 1999 Ford Winstar-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 29. 2005 Lund Fisherman-scheduled | 17,500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 10.51 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $888,356.00 | $162,000.00 | | $162,010.51 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

 The Trustee sold real estate through a broker. The Trustee hired an accountant and tax returns have been filed. The
Trustee filed his Final Report and made the distribution to creditors. The IRS returned its check, even though it had
not withdrawn its claim, and a second distribution will be made to creditors.


Initial Projected Date of Final Report (TFR): 12/31/13     Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-21292 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KUSAY, LOUIS, JR. | Bank Name: | The Bank of New York Mellon |
|  | KUSAY, ANN MARIE | Account Number / CD #: | *******2865  Money Market Account |
| Taxpayer ID No: | *******0327 |  |  |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 04/06/10 |  | Wire in from JPMorgan Chase Bank, N.A. account 312252682865 | Wire in from JPMorgan Chase Bank, N.A. account 312252682865 | 9999-000 | 17,767.30 |  | 17,767.30 |
| 04/08/10 | 011001 | Gloria Longest | Payment of accountant for preparation of tax returns per court roder | 3410-000 |  | 500.00 | 17,267.30 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.83 |  | 17,268.13 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.03 |  | 17,269.16 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.99 |  | 17,270.15 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.03 |  | 17,271.18 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.02 |  | 17,272.20 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,272.34 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,272.48 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,272.62 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,272.76 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,272.90 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.13 |  | 17,273.03 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,273.17 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,273.31 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,273.45 |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,273.59 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,273.73 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,273.87 |
| 08/31/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 |  | 40.23 | 17,233.64 |
| 09/07/11 |  | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 |  | -15.23 | 17,248.87 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,249.01 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,249.15 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 |  | 17,249.29 |
| 12/12/11 | INT | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 |  | 17,249.34 |
| 12/12/11 |  | To Acct #*******2866 | Transfer for final distirbution | 9999-000 |  | 17,249.34 | 0.00 |
|  |  |  | Page Subtotals | | 17,774.34 | 17,774.34 | |

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-21292 -BL |
| Case Name: | KUSAY, LOUIS, JR. |
| | KUSAY, ANN MARIE |
| Taxpayer ID No: | *******0327 |
| For Period Ending: | 03/14/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******2865 Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 17,774.34 | 17,774.34 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 17,767.30 | 17,249.34 | |
| | | Subtotal | | 7.04 | 525.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 7.04 | 525.00 | |

Page Subtotals  0.00  0.00

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-21292 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KUSAY, LOUIS, JR. | Bank Name: | The Bank of New York Mellon |
|  | KUSAY, ANN MARIE | Account Number / CD #: | *******2866  Checking Account |
| Taxpayer ID No: | *******0327 |  |  |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 12/12/11 |  | From Acct #*******2865 | Transfer for final distirbution | 9999-000 | 17,249.34 |  | 17,249.34 |
| 12/20/11 | 010101 | MICHAEL G. BERLAND | Dividend paid 100.00% on | 2100-000 |  | 6,975.00 | 10,274.34 |
|  |  | 1 NORTH LASALLE STREET | $6,975.00, Trustee Compensation;  Reference: |  |  |  |  |
|  |  | STE 1775 |  |  |  |  |  |
|  |  | CHICAGO, IL  60602 |  |  |  |  |  |
| * 12/20/11 | 010102 | Internal Revenue Service Centrlaized Insolvency | Dividend paid  62.43% on | 5800-004 |  | 10,274.34 | 0.00 |
|  |  | Operations | $16,455.00; Claim# 12; Filed: $16,455.00; Reference: |  |  |  |  |
|  |  | P.O. Box 21126 | IRS returned check and filed amended claim showing |  |  |  |  |
|  |  | Philadelphia, PA  19114 | 0 due |  |  |  |  |
| * 01/10/12 | 010103 |  | After distribution, IRS returned check and said they |  |  |  | 0.00 |
|  |  |  | were owed nothing. |  |  |  |  |
| * 01/10/12 | 010103 |  | STOP PAYMENT |  |  |  | 0.00 |
|  |  |  | After distribution, IRS returned check and said they |  |  |  |  |
|  |  |  | were owed nothing. |  |  |  |  |
| * 01/12/12 | 010102 | Internal Revenue Service Centrlaized Insolvency | STOP PAYMENT | 5800-004 |  | -10,274.34 | 10,274.34 |
|  |  | Operations | Dividend paid  62.43% on |  |  |  |  |
|  |  | P.O. Box 21126 | IRS returned check and filed amended claim showing |  |  |  |  |
|  |  | Philadelphia, PA  19114 | 0 due |  |  |  |  |
| 01/13/12 | 010104 | AMERICAN INFOSOURCE LP AS AGENT FOR | Dividend paid  10.61% on | 7100-000 |  | 546.17 | 9,728.17 |
|  |  | TARGET | $5,146.18; Claim# 2; Filed: $5,146.18; Reference: |  |  |  |  |
|  |  | PO Box 248866 |  |  |  |  |  |
|  |  | Oklahoma City, OK  73124-8866 |  |  |  |  |  |
| 01/13/12 | 010105 | DISCOVER BANK, DFSS SERVICES LLC | Dividend paid  10.61% on $996.77; | 7100-000 |  | 105.79 | 9,622.38 |
|  |  | PO Box 3025 | Claim# 3; Filed: $996.77; Reference: |  |  |  |  |
|  |  | New Albany, OH  43054-3025 |  |  |  |  |  |
| 01/13/12 | 010106 | Chase Bank USA, N.A. | Dividend paid  10.61% on | 7100-000 |  | 162.98 | 9,459.40 |
|  |  | PO Box 15145 | $1,535.65; Claim# 5; Filed: $1,535.65; Reference: |  |  |  |  |
|  |  | Wilmington, DE  19850-5145 |  |  |  |  |  |
| 01/13/12 | 010107 | Chase Bank USA, N.A. | Dividend paid  10.61% on $367.78; | 7100-000 |  | 39.03 | 9,420.37 |

| | | | Page Subtotals | | 17,249.34 | 7,828.97 | |

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4
Exhibit 9

| Case No: | 09-21292 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | KUSAY, LOUIS, JR. | | Bank Name: | The Bank of New York Mellon |
| | KUSAY, ANN MARIE | | Account Number / CD #: | *******2866 Checking Account |
| Taxpayer ID No: | *******0327 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/13/12 | 010108 | PO Box 15145<br>Wilmington, DE 19850-5145<br>PYOD LLC assignee of CITIBANK C/O RESURGENT CAPITAL SERVICE<br>PO Box 19008<br>Greenville, SC 29602 | Claim# 6; Filed: $367.78; Reference:<br><br>Dividend paid 10.61% on $24,185.79; Claim# 7; Filed: $24,185.79; Reference: | 7100-000 | | 2,566.80 | 6,853.57 |
| 01/13/12 | 010109 | PYOD LLC ias assignee of Citibank c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Dividend paid 10.61% on $31,537.63; Claim# 8; Filed: $31,537.63; Reference: | 7100-000 | | 3,347.04 | 3,506.53 |
| 01/13/12 | 010110 | PYOD LLC as assignee of Citibank c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Dividend paid 10.61% on $5,988.59; Claim# 9; Filed: $5,988.59; Reference: | 7100-000 | | 635.56 | 2,870.97 |
| 01/13/12 | 010111 | Chase Bank USA,N.A c/o Creditors Bankrutpy Service<br>P O Box 740933<br>Dallas, TX 75374 | Dividend paid 10.61% on $1,552.04; Claim# 10; Filed: $1,552.04; Reference: | 7100-000 | | 164.72 | 2,706.25 |
| 01/13/12 | 010112 | Fia Card Services, /Bank of America American infsource Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Dividend paid 10.61% on $25,499.77; Claim# 11; Filed: $25,499.77; Reference: | 7100-000 | | 2,706.25 | 0.00 |

Page Subtotals 0.00 9,420.37

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-21292 -BL | | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- | --- |
| Case Name: | KUSAY, LOUIS, JR. | | Bank Name: | The Bank of New York Mellon |
| | KUSAY, ANN MARIE | | Account Number / CD #: | *******2866 Checking Account |
| Taxpayer ID No: | *******0327 | | | |
| For Period Ending: | 03/14/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 17,249.34 | 17,249.34 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 17,249.34 | 0.00 | |
| | | | | Subtotal | | 0.00 | 17,249.34 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 0.00 | 17,249.34 | |

Page Subtotals  0.00  0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-21292 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | KUSAY, LOUIS, JR. | Bank Name: | JPMorgan Chase Bank, N.A. |
| | KUSAY, ANN MARIE | Account Number / CD #: | *******2865  Money Market Account |
| Taxpayer ID No: | *******0327 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Date | Ref | Paid To / Received From | Description | Code | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/08/09 | 2 | Ticor Title Insurance Company | Net proceeds from sale of 9 Northwood Court, Putnam, Illinois  DEPOSIT CHECK #9521185367 | | 17,763.83 | | 17,763.83 |
| | | | Memo Amount:  162,000.00 | 1110-000 | | | |
| | | | Memo Amount:  ( 5,000.00 ) | 3510-000 | | | |
| | | | Earnest Money-Applied to real estat | | | | |
| | | | Earnest Money-Applied to real estate commission | | | | |
| | | | Memo Amount:  ( 130,722.67 ) | 4110-000 | | | |
| | | | Payment of first mortgage balance | | | | |
| | | | Memo Amount:  ( 3,100.00 ) | 3510-000 | | | |
| | | | Remainder of amount due for real es | | | | |
| | | | Remainder of amount due for real estate commission | | | | |
| | | | Memo Amount:  ( 3,443.00 ) | 2820-000 | | | |
| | | | Taxes due for 2009 | | | | |
| | | | Memo Amount:  ( 774.00 ) | 2500-000 | | | |
| | | | Title charges | | | | |
| | | | Memo Amount:  ( 350.00 ) | 2500-000 | | | |
| | | | Settlement-Closing Fee by Title Com | | | | |
| | | | Settlement-Closing Fee by Title Company | | | | |
| | | | Memo Amount:  ( 30.00 ) | 2500-000 | | | |
| | | | Delivery fee for payoff of mortgage | | | | |
| | | | Memo Amount:  ( 81.00 ) | 2820-000 | | | |
| | | | County tax stamps | | | | |
| | | | Memo Amount:  ( 162.00 ) | 2820-000 | | | |
| | | | State tax stamps | | | | |
| | | | Memo Amount:  ( 500.00 ) | 2500-000 | | | |
| | | | Payment to surveyor | | | | |
| | | | Memo Amount:  ( 65.00 ) | 2500-000 | | | |

Page Subtotals     17,763.83     0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-21292 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | KUSAY, LOUIS, JR. | Bank Name: | JPMorgan Chase Bank, N.A. |
|  | KUSAY, ANN MARIE | Account Number / CD #: | *******2865  Money Market Account |
| Taxpayer ID No: | *******0327 |  |  |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Payment for termite inspection | | | | |
| | | | Memo Amount: ( 5.50 ) | 2500-000 | | | |
| | | | Payment to Lake Thunderbird Associa | | | | |
| | | | Payment to Lake Thunderbird Association for past due payment | | | | |
| | | | Memo Amount: ( 3.00 ) | 2500-000 | | | |
| | | | Payment of title insurance registra | | | | |
| | | | Payment of title insurance registration fee | | | | |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 17,764.28 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.74 | | 17,765.02 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 17,765.72 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.67 | | 17,766.39 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.79 | | 17,767.18 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.12 | | 17,767.30 |
| | | | JPMORGAN CHASE BANK, N.A. | | | | |
| 04/06/10 | | Wire out to BNYM account 000252682865 | Wire out to BNYM account 000252682865 | 9999-000 | | 17,767.30 | 0.00 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 162,000.00 | COLUMN TOTALS | | 17,767.30 | 17,767.30 | 0.00 |
| Memo Allocation Disbursements: | 144,236.17 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 17,767.30 | 17,767.30 | |
| Memo Allocation Net: | 17,763.83 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 17,767.30 | 17,767.30 | |

Page Subtotals  3.47  17,767.30

Ver: 16.05d

FORM 2

Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-21292 -BL |
| Case Name: | KUSAY, LOUIS, JR. |
| | KUSAY, ANN MARIE |
| Taxpayer ID No: | *******0327 |
| For Period Ending: | 03/14/12 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | JPMorgan Chase Bank, N.A. |
| Account Number / CD #: | *******2866 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 0.00 | 0.00 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 0.00 | |

Page Subtotals 0.00 0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 19)*

FORM 2

Page: 9

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-21292 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | KUSAY, LOUIS, JR. | Bank Name: | Congressional Bank |
| | KUSAY, ANN MARIE | Account Number / CD #: | *******4984 Checking Account |
| Taxpayer ID No: | *******0327 | | |
| For Period Ending: | 03/14/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |
| | | | | | | NET | ACCOUNT |
| | Total Allocation Receipts: | 162,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | Total Allocation Disbursements: | 144,236.17 | Money Market Account - ********2865 | | 7.04 | 525.00 | 0.00 |
| | | | Checking Account - ********2866 | | 0.00 | 17,249.34 | 0.00 |
| | Total Memo Allocation Net: | 17,763.83 | Money Market Account - ********2865 | | 17,767.30 | 17,767.30 | 0.00 |
| | | | Checking Account - ********2866 | | 0.00 | 0.00 | 0.00 |
| | | | Checking Account - ********4984 | | 0.00 | 0.00 | 0.00 |
| | | | | | 17,774.34 | 35,541.64 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*